# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-20019 |
| ) | 10-2601 |
| BENITO M. DOMINGUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

Defendant Benito M. Dominguez has filed a motion (doc. 85) requesting various parts of the record so that he can prepare a brief to file with the Court of Appeals in response to an *Anders* brief filed by his attorney. This request is denied. Mr. Dominguez has no appeal pending in the Court of Appeals for which his attorney might have filed an *Anders* brief. Indeed, one of the arguments Mr. Dominguez raised—and this court rejected—in his § 2255 petition was that his attorney was ineffective for not filing an appeal. (Doc. 84.) He is thus not entitled to the documents he seeks.

**IT IS THEREFORE ORDERED BY THE COURT** that defendant's motion (doc. 85) is **denied.**

**IT IS SO ORDERED** this 17th day of May, 2011.

                                          <u>s/ John W. Lungstrum</u>
                                          John W. Lungstrum
                                          United States District Judge